UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EAGLE EYE PRODUCE, INC.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CM INTERNATIONAL, INC., and<br>MIGUEL S. ORTEGA,<br><br>　　　　　Defendant. | Case No. 4:11-cv-00346-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered concurrently herewith, it is hereby **ORDERED, ADJUDGED, and DECREED** that,

Judgment shall be awarded to Plaintiff and against Defendants CMI and Ortega, jointly and severally, in the amount of $17,596.00[1], plus prejudgment interest in the amount of 17% per anum from January 1, 2011 until the date of the Judgment entered concurrently herewith, plus $4,323.00 in attorney fees, plus $902.80 in costs.



DATED: January 11, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

---

[1] $17,096.00 plus the $500.00 handling fee equals $17,596.00.

JUDGMENT - 1